IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Hampton, Sharlyn | Case Number: 08 B 12832 |
| | Judge: Squires, John H |
| Printed: 10/29/08 | Filed: 5/20/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Ch 7 Conversion: September 24, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 965.00 | |
| Secured: | | 474.20 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 427.61 |
| Trustee Fee: | | 63.19 |
| Other Funds: | | 0.00 |
| Totals: | 965.00 | 965.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 2,373.00 | 427.61 |
| 2. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 4. | Westhaven Park Tower Condominium | Secured | 7,564.41 | 474.20 |
| 5. | Option One Mortgage Corp | Secured | 30,464.73 | 0.00 |
| 6. | Option One Mortgage Corp | Secured | 10,505.35 | 0.00 |
| 7. | Sallie Mae | Unsecured | 926.88 | 0.00 |
| 8. | American Express Centurion | Unsecured | 243.35 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 113.64 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 1,230.00 | 0.00 |
| 11. | Shoppers Charge Accounts | Unsecured | 464.11 | 0.00 |
| 12. | Nordstrom | Unsecured | 123.04 | 0.00 |
| 13. | Illinois Student Assistance Commission | Unsecured | 4,077.60 | 0.00 |
| 14. | HomEq Servicing Corp | Secured | | No Claim Filed |
| 15. | Countrywide Home Loans Inc. | Secured | | No Claim Filed |
| 16. | DSNB | Unsecured | | No Claim Filed |
| 17. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 18. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 19. | Citibank | Unsecured | | No Claim Filed |
| 20. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 21. | World Financial Network Nat'l | Unsecured | | No Claim Filed |
| 22. | Loyola University Phys Foundation | Unsecured | | No Claim Filed |
| 23. | Access Community Health Network | Unsecured | | No Claim Filed |
| 24. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 25. | Loyola University Medical Center | Unsecured | | No Claim Filed |
| | | | $ 58,086.11 | $ 901.81 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hampton, Sharlyn

Printed: 10/29/08

Case Number: 08 B 12832
Judge: Squires, John H
Filed: 5/20/08

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 32.97 |
| 6.6% | 30.22 |
| | $ 63.19 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

